ACT-UP TRIANGLE v. COMMISSION FOR HEALTH SERVICES

No. 328P96

Case below: 123 N.C.App. 256

Motion by plaintiffs (Act-Up et al) for temporary stay allowed 31 July 1996.

AL SMITH BUICK CO. v. MAZADA MOTOR OF AMERICA

No. 283P96

Case below: 122 N.C.App. 429

Petition by defendants for writ of supersedeas denied and temporary stay dissolved 30 July 1996. Motion by plaintiff for supersedeas bond denied 30 July 1996. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

BRADDY v. NATIONWIDE MUTUAL LIABILITY INS. CO.

No. 285P96

Case below: 122 N.C.App. 402

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 30 July 1996. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

CARTER v. GAMBRELL

No. 44P96

Case below: 121 N.C.App. 219

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

DAVIS v. CENTRAL CAROLINA BANK

No. 234P96

Case below: 122 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.